MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:  James & Jacqueline Flesher
Chapter 7 Case No.  09-32725

Please Check One:
☐  Unclaimed Dividends
☒  Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| St. Paul Radiology<br>166 4th St E<br>St. Paul, MN  55101 | 3 | 105.62 | 3.45 |

Date:  February 1, 2010                               _____
                                                                           Trustee

